IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID P. BROOKS,

                Plaintiff,

v.                              CASE NO. 25-3054-JWL

KRIS KOBACH, ET AL.,

                Defendants.

## MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff and state prisoner David P. Brooks' motion for an extension of time to respond to the memorandum and order to show cause (MOSC) filed in this matter on April 14, 2025 and his motion to appoint counsel. (Docs. 9 and 10.) The motion for extension of time is identical to one filed on May 5, 2025 (Doc. 7), which the Court liberally construed as also seeking the appointment of counsel. In an order issued on May 5, 2025, the Court granted Plaintiff to and including June 16, 2025 in which to reply to the April 14, 2025 MOSC and denied appointment of counsel. (Doc. 8.)

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 9**) is denied as moot in light of the Court's May 5, 2025 order, which granted Plaintiff an extension of time. The motion to appoint counsel (Doc. 10) is **denied** for the reasons stated in the May 5, 2025 order.

**IT IS SO ORDERED.**

DATED: This 9th day of May, 2025, at Kansas City, Kansas.

                                            S/ John W. Lungstrum
                                            JOHN W. LUNGSTRUM
                                            United States District Judge